# United States Court of Appeals
## For the First Circuit

No. 14-1868

UNITED STATES

Appellee

v.

RICHARD SCHWARTZ

Defendant - Appellant

**APPELLEE'S BRIEFING NOTICE**

Issued: November 6, 2014

Appellee's brief must be filed by **December 8, 2014**.

The deadline for filing appellant's reply brief will run from service of appellee's brief in accordance with Fed. R. App. P. 31 and 1st Cir. R. 31.0. Parties are advised that extensions of time are not normally allowed without timely motion for good cause shown.

Presently, it appears that this case may be ready for argument or submission at the coming **March, 2015** session.

The First Circuit Rulebook, which contains the Federal Rules of Appellate Procedure, First Circuit Local Rules and First Circuit Internal Operating Procedures, is available on the court's website at [www.ca1.uscourts.gov](www.ca1.uscourts.gov). Please note that the court's website also contains tips on filing briefs, including a checklist of what your brief must contain.

**Failure to file a brief in compliance with the federal and local rules will result in the issuance of an order directing the party to file a conforming brief and could result in the appellee not being heard at oral argument. See 1st Cir. R. 3 and 45.**

Margaret Carter, Clerk

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

John Joseph Moakley
United States Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210
Case Manager: Adam Sparrow - (617) 748-9060


cc:
Roberto M. Braceras
Eugenia Mary Carris
Dina Michael Chaitowitz
Jeffrey Mark Cohen
Christine E. Dieter
Zachary R. Hafer
Abigail K. Hemani