# No. 14-1868

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

---

**UNITED STATES,**
**Appellee,**

v.

**Richard Schwartz,**
**Appellant.**

---

**APPELLANT'S OPPOSITION TO MOTION FOR SUMMARY DISPOSITION**

---

Richard Schwartz respectfully opposes the government's motion for summary disposition. Contrary to the government's assertion, Mr. Schwartz's opening brief clearly delineates "substantial question[s]" to be addressed by this Court. 1st Cir. R. 27(c).

For all the reasons stated in Mr. Schwartz's opening brief, Mr. Schwartz respectfully requests that the Court deny the government's motion, reverse the District Court's holding, and vacate the judgment of violations.

                                                             Respectfully submitted,

Dated: December 23, 2014              RICHARD SCHWARTZ
                                                             By his attorneys,

                                                             /s/ Abigail K. Hemani
                                                             Roberto M. Braceras (No. 68294)
                                                             Abigail K. Hemani (No. 96206)
                                                             Christine Dieter (No. 1165713)
                                                             GOODWIN PROCTER LLP
                                                             Exchange Place
                                                             Boston, MA 02109
                                                            Tel.: (617) 570-1000
                                                             Fax: (617) 523-1231
                                                            rbraceras@goodwinprocter.com
                                                            ahemani@goodwinprocter.com
                                                            cdieter@goodwinprocter.com

## CERTIFICATE OF SERVICE

     I, Abigail K. Hemani, hereby certify that on the 23rd day of December 2014, I served true copies of the foregoing Appellant's Opposition to Motion for Summary Disposition with the United States Court of Appeals for the First Circuit by using the CM/ECF system. I certify that the following parties or their counsel of record are registered as ECF Filers and that they will be served a true copy of the Appellant's Motion by the CM/ECF system:

Dina Michael Chaitowitz, Esq.          Eugenia Carris, Esq.
U.S. Attorney's Office                       U.S. Attorney's Office
John Joseph Moakley Courthouse        John Joseph Moakley Courthouse
1 Courthouse Way                           1 Courthouse Way
Boston, MA 02210                           Boston, MA 02210


Dated: December 23, 2014              /s/ *Abigail K. Hemani*
                                                             Abigail K. Hemani