# United States Court of Appeals
## For the First Circuit

No. 14-1868

UNITED STATES,

Appellee,

v.

RICHARD SCHWARTZ,

Defendant, Appellant.

Before

Torruella, Thompson and Kayatta,
<u>Circuit Judges</u>.

**JUDGMENT**

Entered: February 26, 2015

      Having carefully reviewed the briefs and the record, we affirm the revocation of probation and sentence. We need not decide whether Mass. Gen. Laws Ann. ch. 90, § 24B (2015) requires an intent to defraud because, even if the district court committed error in finding that defendant-appellant violated a term of his probation by committing that offense, such error was harmless, as we are persuaded that the district court would have imposed the same sentence in the absence of such a finding. <u>See</u> <u>United States</u> v. <u>Taveres</u>, 705 F.3d 4, 26-27 (1st Cir. 2013). The district court plainly stated in its February 12, 2015 memorandum and order that it "would have given Schwartz the same six-month sentence even if Schwartz had only lied to Probation about whether he knew he possessed the license in Slack's name." Memo. and Order at 2, Dkt. Doc. 190. We further conclude that sufficient evidence supported the district court's second finding that defendant-appellant violated a term of his probation by lying to his probation officer. <u>See</u> <u>United States</u> v. <u>Vixamar</u>, 679 F.3d 22, 28 (1st Cir. 2012). Finally, we conclude that the district court's sentence upon revocation of defendant-appellant's probation was procedurally and substantively reasonable and did not constitute an abuse of the district court's wide discretion. <u>See</u> <u>United States</u> v. <u>Hernandez-Ferrer</u>, 599 F.3d 63, 66 (1st Cir. 2010). We therefore grant the Government's motion for summary disposition and affirm the district court's judgment.

    <u>See</u> 1st Cir. R. 27.0(c).

By the Court:

/s/ Margaret Carter, Clerk

cc:
Abigail K. Hemani
Roberto M. Braceras
Christine E. Dieter
Mark T. Quinlivan
Jeffrey Mark Cohen
Eugenia Mary Carris
Zachary R. Hafer
Dina Michael Chaitowitz